**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00408-BNB
**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

LAMONT L. WARREN,

      Plaintiff,

v.

NURSE VICTORIA VIGIL, and
COMPUTER SPECIALIST MS. LYDE,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Letter, a Prisoner Complaint, a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion for Appointment

of Counsel, a Declaration in in [sic] support of Motion to Proceed in Forma Pauperis,

and a separate Declaration.  As part of the court's review pursuant to D.C.COLO.LCivR

8.2, the court has determined that the submitted documents are deficient as described

in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   _X_    is missing certified copy of prisoner's trust fund statement for the 6-month
                   period immediately preceding this filing: _(Account statement submitted is_

<u>not certified by an appropriate official of Plaintiff's penal institution.)</u>

(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)   _X_   other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(11)   __   is not submitted
(12)   __   is not on proper form (must use the court's current form)
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. ___
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   An original and a copy have not been received by the court.  Only an original has been received.
(17)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __   names in caption do not match names in text
(19)   _X_   other: <u>Names in caption do not match the names in Section "A. Parties" on page 2 of the Prisoner Complaint.</u>

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 4, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00408-BNB

Lamont L. Warren
Reg No. 11245-007
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on March 4, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk